IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00200-PSF-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

TEAMCORP, INC., et al.,

Defendant(s).

_____

MINUTE ORDER
_____

It is hereby ORDERED that Plaintiff's Motion for Leave to File Amended
Complaint for Declaratory Relief (docket no. 34) is GRANTED finding good cause and
also finding no objection by the other parties to this lawsuit.  See paragraph 10 in the
subject motion.  The Amended Complaint is accepted for filing today.

Date:  August 2, 2007