IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-200 PSF-MJW

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, a Wisconsin Insurance Company,

    Plaintiff,

v.

TEAMCORP, INC., a Colorado corporation
d/b/a Laconia Homes and DRAFT-TEK;
KERRY
KARNAN,
PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
THANE LICICOME,

    Defendants.

---

### ORDER CORRECTING BY INTERLINEATION
### THE CAPTION OF THE AMENDED COMPLAINT FOR DECLARATORY RELIEF
### (Docket No. 38)

---

THIS MATTER HAVING COME BEFORE THE COURT on the Plaintiff's Motion to Correct Caption of Amended Complaint for Declaratory Action; and

THE COURT HAVING REVIEWED that Motion and otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The motion is Granted And the caption of the Amended Complaint for Declaratory Relief is deemed corrected by interlineation to include the new Defendant, Thane Lincicome, as a defendant.

2. Defendant Lincicome is listed as a defendant in the caption of this Order, and the captions of future filings in this civil action should list him as a defendant.

Dated this 13TH day of August, 2007.

BY THE COURT:

*[signature]*

~~Judge Phillip S. Figa~~
~~United States District Court~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO