IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00200-PSF-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

TEAMCORP, INC., et al.,

Defendant(s).

MINUTE ORDER

  It is hereby ORDERED that Defendants Teamcorp, Inc. d./b/a Laconia Homes and Draft-Tek, and Kerry Karnan's Motion to Compel Discovery (docket no. 46) is GRANTED.  Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed.  Plaintiff shall provide to Defendants, responses to Defendants' Request for Production of Documents served on July 5, 2007, on or before November 15, 2007.  Defendants are awarded reasonable expenses to include reasonable attorney fees and costs pursuant to Fed. R. Civ. P. 37 for having to bring this motion.  The parties are to meet and confer forthwith to see if they can agree upon the amount of attorney fees and costs.  If the parties can agree then the parties shall file their stipulation with the court for approved.  If the parties cannot agree then Defendants shall have up to and including November 15, 2007, in which to file their itemized affidavit for attorney fees and costs.  Plaintiff shall have until December 3, 2007, to file any response to Defendants' itemized affidavit for attorney fees and costs.

  It is FURTHER ORDERED that Defendant Thane Lindicome's Motion for Enlargement of Time to Respond to Amended Complaint (docket no. 49) is GRANTED finding good cause shown and finding no objection by Plaintiff.  Defendant Thane Lindicome shall have up to and including November 9, 2007, to Answer or otherwise respond to the Amended Complaint.

Date:  November 1, 2007