IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00200-PSF-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

TEAMCORP, INC., et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendants Temacorp, Inc. and Kerry Karnan's Motion for Attorneys' Fees (docket no. 53) is GRANTED. In paragraph 3 in Plaintiff's response (docket no. 61), Plaintiff states: "The plaintiff will not object to the amount of time claimed, the hourly rate, or the arithmetic total." Accordingly, the court deems the motions confessed.

     It is FURTHER ORDERED that Plaintiff American Family Mutual Insurance Company shall pay to the Defendants Temacorp, Inc. and Kerry Karnan the sum of $1,282.50. The court finds that the amount of $1,282.50 in attorney fees is fair, reasonable and necessary for such Defendants having to file their Motion to Compel. *See* docket nos. 46 and 51. Payment of the $1,282.50 shall be made on or before December 24, 2007.

Date: December 7, 2007