IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL, and
THANE LINCICOME,

    Defendants.

## ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT THANE LINCICOME

THIS MATTER is before the Court on the Unopposed Joint, Stipulated Motion to Dismiss Claims Between Plaintiff and Defendant Lincicome Without Prejudice (filed February 18, 2008). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Unopposed Joint, Stipulated Motion to Dismiss Claims Between Plaintiff and Defendant Lincicome Without Prejudice is **GRANTED**. In accordance therewith, it is

ORDERED that all claims in this action between the Plaintiff and Defendant Lincicome are **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(2), each party to pay his or its own fees and costs in regard thereto.

Dated: February 22, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge