IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

TEAMCORP, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Stipulated Protective Order (docket no. 85) is GRANTED. The written Stipulated Protective Agreement and Order (docket no. 85-2) is APPROVED and made an Order of Court.

Date: March 7, 2008