IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP, INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK,
KERRY KARNAN,
PLATT T. HUBBELL,
KELLEY S. HUBBELL, AND
THANE LINCICOME.

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER FOR PURPOSES OF EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** (Docket No. 90)

---

BEFORE ME is the parties' Motion to Amend the Scheduling Order for Purposes of Extending Discovery and Dispositive Motion Deadlines. Having reviewed the Motion and being fully advised of the premises therefore, it is hereby ordered that the Motion is GRANTED and the discovery cut-off deadline set forth in paragraph 8.b. of the Amended Scheduling Order is amended to April 30, 2008, and that the dispositive motion deadline set forth in paragraph 8.c. of the Amended Scheduling Order is amended to May 30, 2008.

DATED: March 26, 2008

BY THE COURT:

Michael J. Watanabe
U.S. Magistrate Judge