IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL;

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Teamcorp, Inc. d/b/a Laconia Homes and Draft-Tek and Kerry Karnan Individually Joinder in the Hubbells' Motion to Strike American Family Motion for Summary Judgment (filed June 25, 2008) is **GRANTED**.

    Also, Defendants Platt T. Hubbell and Kelley S. Hubbell's Second Motion for an Additional 48 Hours to File a Response to Plaintiff's Motion for Summary Judgment (filed June 25, 2008) is **GRANTED**. The Hubbell Defendants have up to and including **June 27, 2008** to file a response to Plaintiff's Motion for Summary Judgment.

    Dated: June 27, 2008