IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on the Hubbells' Motion to Strike Portion of Plaintiff's Reply, on in the Alternative, for Leave to File Sur-Reply (docketed as both Doc. # 123 and 124). The motion seeks to strike the portion of Plaintiff's reply which raises a new argument as to the common law "known loss" doctrine" as the Hubbells assert that they have no meaningful opportunity to respond. Alternatively, the Hubbells seek leave to file a sur-reply brief to this new argument.

    The Hubbells' Motion to Strike Portion of Plaintiff's Reply, on in the Alternative, for Leave to File Sur-Reply is **GRANTED IN PART AND DENIED IN PART**. Specifically, the portion of the motion which seeks to strike the new argument in the reply brief is **DENIED**. The Hubbells' alternative request to file a sur-reply is **GRANTED**. The sur-reply is due on or before **Friday, August 1, 2008**.

    Dated: July 22, 2008