IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on Teamcorp., Inc. and Kerry Karnan's Combined (Joinder) in Hubbells' Motion to Strike Portion of Plaintiff's Reply, on in the Alternative, for Leave to File Sur-Reply and (2) Unopposed Motion for Enlargement of Time to File Sur-Reply Brief (Doc. # 126 filed July 23, 2008). The motion is **GRANTED** to the extent it seeks to join the Hubbells' Motion to Strike Portion of Plaintiff's Reply, on in the Alternative, for Leave to File Sur-Reply (which motion has already been ruled on by the Court). The motion is also **GRANTED** to the extent Teamcorp., Inc. and Kerry Karnan seek to file a sur-reply brief. The sur-reply is due on or before **Friday, August 15, 2008**.

    Dated: July 24, 2008