IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File 3 Page Final Reply Regarding Known Loss Rule (filed August 26, 2008) is **GRANTED**. Plaintiff is granted leave to file the final reply attached to its motion. No further briefing will be allowed on the "known loss" issue.

    Dated: August 26, 2008