IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL;

    Defendants.

## **ORDER**

    THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default Judgment Against Defendant Teamcorp, Inc., d/b/a Laconia Homes and Draft-Tek ("Teamcorp"). The motion seeks entry of default and default judgment against Defendant Teamcorp on the basis that Teamcorp, who is no longer represented by counsel and whose deadline has passed to retain counsel, cannot defend itself in this matter. A response was filed on November 14, 2008.

    I find that Plaintiff's motion must be denied. An entry of default by the clerk of court is appropriate when a defendant "has failed to plead or otherwise defend against the allegations in the complaint." FED. R. CIV. P. 55(a). After an entry of default has

been entered, the clerk or the Court may enter a default judgment if the requirements of Rule 55(b) are satisfied.

In this case, the requirements for an entry of default as to Defendant Teamcorp are not satisfied. Teamcorp filed a valid answer to the complaint through counsel, and thus defended against the allegations in the complaint. The fact that Teamcorp's counsel later withdrew does not make an entry of default appropriate. Further, a default judgment is not appropriate since an entry of default under Rule 55(a) is a prerequisite for the entry of a default judgment. *See Garrett v. Seymour*, No. 06-7029, 2007 WL 549388, at *2 (10th Cir. 2007). While Teamcorp might be subject to dismissal for the inability to defend itself in this case, this is not appropriately addressed through Plaintiff's present motion.

Based upon the foregoing, it is

ORDERED that Plaintiff's Motion for Entry of Default Judgment Against Defendant Teamcorp, Inc., d/b/a Laconia Homes and Draft-Tek (Doc. # 160 filed October 31, 2008) is **DENIED**.

Dated: November 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge