IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00200-WYD-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin insurance company,

     Plaintiff,

v.

TEAMCORP., INC., a Colorado corporation, d/b/a LACONIA HOMES AND DRAFT-TEK;
KERRY KARNAN;
PLATT T. HUBBELL;
KELLEY S. HUBBELL,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Hubbells' Motion to Strike Plaintiff's Untimely Response Briefs (Doc. # 174) is **DENIED**.  The Response Briefs were filed only two (2) days late, and I find that there is no prejudice or other harm by the late filing of the Briefs.  Plaintiff is advised, however, in the future to comply with all applicable deadlines or risk the striking of its filings.

     Dated:  April 14, 2009.